FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-2463

_____

W. TODD SCHWEIZER,

Petitioner,

v.

MELANIE SCHWEIZER,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


September 9, 2019


PER CURIAM.

The order under review does not preclude Petitioner from responding to a motion for contempt and sanctions, nor does it preclude a future hearing on sanctions and determination of contempt. No ruling has yet been made on contempt or sanctions, and Petitioner will have avenues of review for any future orders on contempt or sanctions. Therefore, Petitioner has not demonstrated irreparable harm, and we dismiss the petition for writ of certiorari for lack of jurisdiction. *See Landmark at Crescent Ridge LP v. Everest Financial, Inc.*, 219 So. 3d 218, 219 (Fla. 1st DCA 2017) (explaining that where the threshold requirement of irreparable harm is not established, the petition for writ of certiorari must be dismissed).

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Petitioner.

Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Respondent.